■ JUAN ALVAREZ, Respondent, v NEW YORK CITY HOUSING AUTHORITY, Appellant. [675 NYS2d 895] —In an action to recover damages for personal injuries, the defendant appeals from an order of the Supreme Court, Kings County (Vinik, J.), dated July 23, 1997, which denied its motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

Under the circumstances of this case, the Supreme Court properly denied the defendant's motion for summary judgment. Rosenblatt, J. P., Ritter, Copertino and Florio, JJ., concur.